IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| EMMA JANE PROSPERO, <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY RYAN SULLIVAN; LT. RUSSELL PRESCOTT; and SHERIFF JAMES PROCTOR, <br><br> Defendants. | CIVIL ACTION NO.: 2:20-cv-110 |

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss. Doc. 56. The parties request a partial stay of discovery pending the resolution of Defendants' motion to dismiss, as a ruling on the motion may greatly limit or eliminate the need for discovery. However, the parties do ask the Court to revisit a dispute concerning the scope of discoverability of Plaintiff's social media information.

Having considered the parties' Joint Motion, the Court hereby **STAYS** all discovery deadlines in this case until resolution of Defendants' motion to dismiss, doc. 54. The Court will, however, consider the parties' dispute regarding the scope of discoverability of Plaintiff's social media information during this stay. According, the Court **ORDERS** Plaintiff to file a brief of not more than 15 pages **within 14 days** of this Order, setting out her position on what social media she should be required to produce. Defendants shall have 14 days from the date Plaintiff files her brief to respond with their own brief of not more than 15 pages.

Further, the parties ask, if the Court denies Defendants' motion to dismiss in whole or in part, to grant 14 days for Defendants to answer Plaintiff's Second Amended Complaint and 120

days to complete discovery after those 14 days.  Doc. 56 at 3.  Therefore, upon review and for good cause shown, the Court **GRANTS** the parties' Motion.  If any claims remain pending after the Court rules on Defendants' motion to dismiss, Defendants will have 14 days from the date of the Court's ruling to answer Plaintiff's Second Amended Complaint, and the parties will have 120 days from the date Defendants file their answer to complete all discovery in this matter.

**SO ORDERED**, this 1st day of November, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA