IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| EMMA JANE PROSPERO,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY RYAN SULLIVAN; LT. RUSSELL PRESCOTT; and SHERIFF JAMES PROCTOR,<br><br>        Defendants. | CIVIL ACTION NO.: 2:20-cv-110 |

**O R D E R**

This matter is before the Court on the scheduled teleconference status call scheduled for September 20, 2022.  Given the pending motions before the Court and their potential impact on the schedule for this case, the Court **CANCELS** the status conference scheduled for September 20, 2022.  The Court further **STAYS** all pending deadlines in this case until resolution of the pending motions.  Docs. 82, 89, 96.  Once the pending motions have been ruled on, the Court will schedule another telephonic status conference to discuss the remaining discovery and pretrial deadlines.

**SO ORDERED**, this 19th day of September, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA