# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

| | | |
|---|---|---|
| EMMA JANE PROSPERO, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | 2:20cv110 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPUTY RYAN SULLIVAN, | ) | |
| LT. RUSSELL PRESCOTT, | ) | |
| | ) | |
| Defendants/Appellants. | ) | |
| | ) | |
| JANE OR JOHN DOES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Judgment of the Court in the above referenced case having been reversed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. Accordingly, Defendants' motion for summary judgment, dkt. no. 170, is GRANTED based on qualified immunity. The Clerk is DIRECTED to enter Judgment in favor of Defendants and close this case.

SO ORDERED this 8 day of October, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA