AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EMMA JANE PROSPERO,

    Plaintiff,

v.

DEPUTY RYAN SULLIVAN, LT. RUSSELL PRESCOTT, and SHERIFF JAMES PROCTOR,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:20-cv-110

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order entered October 8, 2025, Defendants' motion for summary judgment is granted based on qualified immunity. Therefore, Judgment is entered in favor of Defendants, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: October 8, 2025

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020